1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2    jnadolenco@mayerbrown.com
   NEIL M. SOLTMAN (SBN 67617)
3    nsoltman@mayerbrown.com
   MATTHEW H. MARMOLEJO (SBN 242964)
4    mmarmolejo@mayerbrown.com
   ANDREW EDELSTEIN (SBN 218023)
5    aedelstein@mayerbrown.com
   350 South Grand Avenue, 25th Floor
6  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
7  Facsimile:  (213) 625-0248

8  HERZFELD & RUBIN, P.C.
   JEFFREY L. CHASE (*pro hac vice* to be submitted)
9    JChase@herzfeld-rubin.com
   MICHAEL B. GALLUB (*pro hac vice* to be submitted)
10   MGallub@herzfeld-rubin.com
   MARK A. WEISSMAN (*pro hac vice* to be submitted)
11   MWeissman@herzfeld-rubin.com
   125 Broad Street
12 New York, NY 10004
   Telephone: (212) 471-8500
13 Facsimile:  (212) 344-3333

14 Attorneys for Defendants
   Volkswagen Group of America, Inc.

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 10/20/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW W. SMITH and BERNADETTE MEYLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,VOLKSWAGEN AKTIENGESELLSCHAFT, and AUDI AG ,<br><br>Defendants. | Case No. 5:15-cv-04403-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Edward J. Davila<br><br>Complaint Filed:  September 25, 2015 |

1  Plaintiffs and Defendant Volkswagen Group of America, Inc. ("VWGoA"), by and
2  through their respective counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, Plaintiffs filed their putative class action Complaint in this Court on or
4  about September 25, 2015;
5  WHEREAS, Plaintiffs served VWGoA on September 28, 2015 (ECF No. 14), and absent
6  an extension, VWGoA's responsive pleading would be due on October 19, 2015;
7  WHEREAS, Plaintiffs have agreed to extend the time in which VWGoA can answer or
8  otherwise respond to the Complaint by an additional 30 days, through and including
9  November 18, 2015;
10  WHEREAS, pursuant to Local Rule 6-1, parties may stipulate to extend the time within
11  which to answer or otherwise respond to the complaint without court order provided the change
12  will not alter the date of any event or any deadline already fixed by court order; and
13  WHEREAS, the requested extension will not alter the date for any event or deadline
14  already fixed by Court order.
15  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
16  through their respective counsel of record, that VWGoA shall have until and including
17  November 18, 2015 to answer or otherwise respond to the Complaint.
18  Pursuant to General Order No. 45, I, Matthew H. Marmolejo, attest that I obtained
19  concurrence in the filing of this document from the signatories
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1 | **IT IS SO STIPULATED.**

2 | Dated: October 16, 2015

MAYER BROWN LLP
NEIL M. SOLTMAN
JOHN NADOLENCO
MATTHEW MARMOLEJO
ANDREW Z. EDELSTEIN

HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE
MICHAEL B. GALLUB
MARK A. WEISSMAN


By:  s/ Matthew H. Marmolejo
      Matthew H. Marmolejo
Attorneys for Defendant
Volkswagen Group of America, Inc.

Dated: October 16, 2015

COTCHETT PITRE & MCCARTHY LLP
FRANK MARIO PITRE
NANCY L. FINEMAN
ALISON ELIZABETH CORDOVA
JOSEPH W. COTCHETT


By:  s/ Nancy L. Fineman
      Nancy L. Fineman
Attorneys for Plaintiffs
Matthew W. Smith and Bernadette Meyler